```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/14/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODESTO MODRAGON,

                        Plaintiff,

-against-                                   20 Civ. 682 (AT)

MAKE MINI MART AND DELI CORP and         **ORDER**
NABIL K. HIMED,

                        Defendants.

ANALISA TORRES, District Judge:

    On May 27, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by July 13, 2020, in advance of the initial pretrial conference scheduled for July 20, 2020. ECF No. 14. Those submissions are now overdue. Accordingly, it is ORDERED that by **July 15, 2020**, the parties shall submit their joint status letter and proposed case management plan.

    SO ORDERED.

Dated: July 14, 2020
       New York, New York

                                                  ANALISA TORRES
                                             United States District Judge