## Law Offices of Colin Mu[lholland]
Employment and Civil Litigation

30-97 Steinway Street, Suite 301-A
Astoria, NY 11103

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/21/2020__

Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                Re: Modragon v. Mike Mini Mart and Deli Corp., et al.
                20-cv-682

Your Honor,

    I represent the Plaintiff in this matter and I write to respectfully request that the Court permit Plaintiff to submit his default motion on or before October 16th, 2020 and to adjourn sine dine any initial conference unless or until the Defendants make an appearance.

    Sadly, due to the pandemic and unique medical issues, Mr. Modragon has been forced by circumstances to move to Mexico. As such, it has become a more difficult to contact him and to prepare and execute the declaration necessary for a default motion.

    If it pleases the Court, the undersigned would respectfully request additional time to coordinate with Mr. Modragon to prepare the default motion that has become necessary at this point. This is the Plaintiff's first request for an extension of time.

GRANTED. By **October 16, 2020**, Plaintiff shall file his motion for default judgment. The initial pretrial conference scheduled for October 1, 2020 is ADJOURNED *sine die*.

SO ORDERED.

Dated: September 21, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*