USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2020

# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street, Suite 301-A
Astoria, NY 11103

November 5th, 2020

Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                        Re: Modragon v. Mike Mini Mart and Deli Corp., et al.
                        20-cv-682

Your Honor,

    I represent the Plaintiff in this matter and I write to respectfully request that the Court permit Plaintiff to submit his default motion on or before November 16th, 2020 instead of the existing November 6th, 2020 deadline.

    As I stated in Plaintiff's last letter motion, the pandemic and the lack of employment opportunities have provoked Mr. Mondragon to move to Mexico. Since that move, I had difficulty reaching Mr. Mondragon to prepare a default motion.

    Happily, however, Mr. Mondragon has established himself and I have been in regular contact with him as of last week. I believe a niece is helping him work with the computer and he has access to wi-fi to talk with me after work.

    I have sent him over a declaration to review and hopefully sign. I simply need a few more days to co-ordinate with him after his working hours to make sure the declaration is complete and accurate. And, also to make sure to give him enough time to access a printer.

    If it pleases the Court, the undersigned would respectfully request just a little more than one additional week.

    This is the Plaintiff's third request for an extension of time.

                                                       */s/Colin Mulholland, Esq.*
                                                            Colin Mulholland, Esq.
                                                            30-97 Steinway, Ste. 301-A
                                                            Astoria, New York 11103

Telephone: (347) 687-2019
*Attorney for Plaintiff*

GRANTED.  By **November 16, 2020**, Plaintiff shall file his default motion.

SO ORDERED.

Dated: November 5, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge