UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODESTO MODRAGON,

       Plaintiff,

 -against-

MAKE MINI MART AND DELI CORP. and
NABIL K. HIMED,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/18/2020_

20 Civ. 682 (AT)

**ORDER**

ANALISA TORRES, District Judge:

 On November 16, 2020, Plaintiff filed supporting documentation for a motion for default judgment. ECF Nos. 33–38. That documentation did not comply with Rule III(M) and Attachment A of the Court's Individual Practices in Civil Cases, which require, among other things: (1) a motion brought on by proposed order to show cause; (2) <u>an affidavit or declaration signed by a party with personal knowledge</u> (i.e. not the attorney in the action except in limited circumstances), <u>which sets forth a statement of proposed damages</u> and the basis for each element of damages; (3) a separate affidavit stating <u>the proposed damages and the basis for each element of damages, including attorneys' fees and costs</u>; and (4) a proposed default judgment, a certificate of default, copies of the pleadings, and the affidavit of service for the summons and complaint, all attached to the second affidavit.

 Accordingly, by **January 19, 2020**, Plaintiff shall submit a renewed motion for default judgment that complies with the Court's Individual Practices in Civil Cases.

 SO ORDERED.

Dated: November 18, 2020
   New York, New York

_____
ANALISA TORRES
United States District Judge